CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

JAN 26 2023

LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

Cullen
District Judge
Assign. by Clerk's Ofc.

Ballou
Mag. Referral Judge
Assign. by Clerk's Ofc.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Joseph Wade Graham
Plaintiff full name

20050215827
Inmate No.

v.

CIVIL ACTION NO. 7:23CV00062

Trinity Food service Roanoke city Jail Kictken
Defendant(s) full name(s)

********************************************************************************

A. Where are you now? Facility and Mailing Address Roanoke City Jail 342 campbell Roanoke, Virginia 24016

B. Where did this action take place? Roanoke City Jail

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes ✓ No

If your answer to A is Yes, answer the following:

1. Court: ____

2. Case Number: ____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes ____ No

1. If your answer is Yes, indicate the result:

they keep sending under cooked Beens for lunch and Dinnir Twice a day

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

I Joseph wade Graham is on a vegetiran Diet i heve been reciveing under cooked Beens on every food tray for lunch and dinnier Twice a day

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

I would like to sue for mental anguish

G. If this case goes to trial do you request a trial by jury? Yes ✓ No _____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address ***after*** I have been released or transferred or my case may be dismissed.

DATED: 1/22/2023 SIGNATURE: Joseph Graham

VERIFICATION:
I, Joseph wade Graham, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 1-22-2023 SIGNATURE: Joseph Graham

Joseph Wade Cook
324 Campbell Ave
Roanoke, Va 24016

GREENSBORO NC 270
PIEDMONT TRIAD AREA
24 JAN 2023 PM 5 L

Clerk United States District Court
210 Franklin Road SW Suit 540
Roanoke, Va 24011-2208

24011-220840